**Stay GRANTED AND Order filed April 2, 2019.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-19-00271-CV**

_____

**IN RE ERHC ENERGY. INC., PETER NTEPHE AND SYLVAN ODOBULU, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-71987**

---

## ORDER

On March 29, 2019, relators ERHC Energy. Inc., Peter Ntephe and Sylvan Odobulu filed a petition for writ of mandamus asking this court to compel the Honorable Tanya Garrison, presiding judge of the 157th District Court of Harris County, to vacate the February 18, 2019 order and the October 12, 2018 order of the trial court to the extent that these orders require relators to produce documents.

Relators argue that the documents the trial court has ordered produced are privileged and irrelevant.

Relators also have filed a motion for temporary relief asking this court to stay the February 18, 2019 order and the October 12, 2018 order pending a decision on the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(b), 52.10.

It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted. We therefore **ORDER** the February 18, 2019 order and the October 12, 2018 order **STAYED** only to the extent that they require relators to produce documents. The part of the October 12, 2018 order enjoining relators from taking certain actions is not stayed. Today's stays shall remain in effect until a final decision by this court on relators' petition for writ of mandamus or until further order of this court.

In addition, the court requests Kosmos Energy Sao Tome and Principe, the real party-in-interest, to file a response to the petition for writ of mandamus on or before **April 16, 2019.** *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel Consists Chief Justice Frost and Justices Wise and Zimmerer.